Certificate Number: 17082-TXW-CC-032928131


17082-TXW-CC-032928131

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 6, 2019, at 7:18 o'clock AM MST, TONJUA R CARPENTER received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 6, 2019          By:     /s/Denis L Escamilla De Garcia

                              Name:   Denis L Escamilla De Garcia

                              Title:  Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).